NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARK PROPERTIES ASSOCIATES, L.P.,**
**VALENTINE PROPERTIES ASSOCIATES, L.P.,**
*Plaintiffs-Appellants*

**ST. JOHN'S I ASSOCIATES, L.P.,**
*Plaintiff*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5102

---

Appeal from the United States Court of Federal Claims in No. 1:04-cv-01757-FMA, Senior Judge Francis M. Allegra.

---

**JUDGMENT**

---

THOMAS A. GENTILE, Wilson Elser Moskowitz Edelman & Dicker LLP, Florham Park, NJ, argued for plaintiffs-appellants.

JOHN JACOB TODOR, Commercial Litigation Branch, Civil Division, United States Department of Justice,

Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., KENNETH M. DINTZER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| February 15, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |